**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00350-CV

**BAYLOR REGIONAL MEDICAL CENTER AT GRAPEVINE, ET AL, Appellants**

**V.**

**ULISES RODRIGUEZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02446-E**

## ORDER

Before the Court is the parties' March 25, 2013 joint motion to abate the appeal. The parties ask the Court to abate this accelerated appeal for thirty days to allow the Texas Supreme Court to rule on a motion for rehearing of an opinion[1] that may be dispositive of this appeal. The parties inform the Court that, if the Supreme Court denies the motion for rehearing, the appeal will be moot and appellants will move to dismiss it.

There is no deadline for the Supreme Court to rule on a motion for rehearing. The Supreme Court issued its opinion on February 15, 2013, and it is the law. Speculation that the Supreme Court may change its mind and issue a new opinion on rehearing is not a basis for postponing an appeal in this Court. Accordingly, we **DENY** the parties' joint motion.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE

---

[1] *Certified EMS, Inc. v. Potts*, No. 11-0517, 2013 WL 561471 (Tex., Feb. 15, 2013).